1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LUIS ALVAREZ HURTADO,

          Plaintiff,

    v.

JOHN DOE SANCHEZ, *et al*,

          Defendants.

Case No.  C07-5554BHS-KLS

ORDER DISMISSING COMPLAINT

    The Court, having reviewed the complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and order that the Court adopts the Report and Recommendation except that Plaintiff's complaint is DISMISSED without prejudice.

    The Clerk is directed to send copies of this order to Plaintiff and to Magistrate Judge Karen L. Strombom.

    DATED this 17th day of March, 2008.

                              BENJAMIN H. SETTLE
                              United States District Judge

ORDER