# United States District Court

WESTERN DISTRICT OF WASHINGTON

LUIS ALVAREZ HURTADO

      v.

JOHN DOE SANCHEZ, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5554BHS/KLS

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation except that Plaintiff's complaint is DISMISSED without prejudice.

    March 18, 2008                                                             BRUCE RIFKIN
Date                                                                                                Clerk

                                                                                                        *s/CM Gonzalez*
                                                                                                         Deputy Clerk